UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. CR-MIDDLEBROOKS   MAGISTRATE JUDGE
LYNCH

18 U.S.C. § 911
18 U.S.C. § 611

UNITED STATES OF AMERICA

vs.

ELIZABETH BAIN KNIGHT

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about February 9, 2000, in Martin County, in the Southern District of Florida, the defendant,

**ELIZABETH BAIN KNIGHT,**

an alien, did falsely and willfully represent herself to be a citizen of the United States, in that she claimed she was a United States citizen when registering to vote with the office of the Supervisor of Elections for Martin County.

In violation of Title 18, United States Code, Section 911.

### COUNT 2

On or about November 7, 2000, in Martin County, in the Southern District of Florida, the defendant,

**ELIZABETH BAIN KNIGHT,**

an alien, fully knowing she was not a United States citizen, did knowingly vote in an election held

in part for the purpose of electing a candidate for federal office.

In violation of Title 18, United States Code, Section 611.

A TRUE BILL

FOREPERSON

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

04 - 14047 CR-MIDDLEBROOKS

UNITED STATES OF AMERICA                    CASE NO.

vs.                                                              **CERTIFICATE OF TRIAL ATTORNEY*** MAGISTRATE JUDGE
                                                                                                            LYNCH
ELIZABETH BAIN KNIGHT,

                         **Defendant.**
_____/            **Superseding Case Information:**

**Court Division**: (Select One)              New Defendant(s)              Yes _____    No _____
                                                              Number of New Defendants    _____
____ Miami  ____ Key West                 Total number of counts       _____
____ FTL    ____ WPB   _X_ FTP

         I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:    (Yes or No)      __No__
     List language and/or dialect     _____

4.   This case will take     _3_   days for the parties to try.

5.   Please check appropriate category and type of offense listed below:
     (Check only one)                                        (Check only one)

     I     0 to 5 days           _X_           Petty        _____
     II    6 to 10 days          _____       Minor        _____
     III   11 to 20 days         _____       Misdem.      _____
     IV    21 to 60 days         _____       Felony       _X_
     V     61 days and over      _____

6.   Has this case been previously filed in this District Court? (Yes or No)    __No__
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?    (Yes or No)    __No__
If yes:
Magistrate Case No.              _____
Related Miscellaneous numbers:   _____
Defendant(s) in federal custody as of  _____
Defendant(s) in state custody as of    _____
Rule 20 from the  _____    District of  _____

Is this a potential death penalty case? (Yes or No)    __No__

7.   Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? _____ Yes   _X_ No

8.   Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _____ Yes   _X_ No
     If yes, was it pending in the Central Region?    _____ Yes    _____ No

9.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____ Yes   _X_ No

10.  Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? _____ Yes   _X_ No

                                              _____
                                              KAREN E. ROCHLIN
                                              ASSISTANT UNITED STATES ATTORNEY
                                              Court ID No. A5500050

*Penalty Sheet(s) attached                                                  REV 1/14/04

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**     **ELIZABETH BAIN KNIGHT**

**Case No:**     04 - 14047 CR-MIDDLEBROOKS

MAGISTRATE JUDGE
LYNCH

**Count #: 1**

False Representation as a U.S. Citizen

Title 18, United States Code, Section 911

**\* Max. Penalty:**     3 years' imprisonment

**Count #: 2**

Election Fraud

Title 18, United States Code, Section 611

**\*Max. Penalty:**     1 year's imprisonment

**Count #:**

**\*Max. Penalty:**

**Count #:**

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Case 2:04-cr-14047-DMM   Document 1   Entered on FLSD Docket 07/19/2004   Page 5 of 5

No ___ 04 - 14047 - MIDDLEBROOKS

# UNITED STATES DISTRICT COURT

___SOUTHERN___ District of ___FLORIDA___

MAGISTRATE JUDGE

## THE UNITED STATES OF AMERICA

vs

___ELIZABETH BAIN KNIGHT___

Defendant

## INDICTMENT

**18 U.S.C. § 911**
**18 U.S.C. § 611**



A true bill.

FGJ 04-01 W A _____ Foreman

Filed in open court this _____ day,

of _____ A.D. 2004

_____ Clerk

Bail, $ _____