UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-14047-CR-MIDDLEBROOKS
Magistrate Judge Lynch

UNITED STATES OF AMERICA

v.

ELIZABETH BAIN KNIGHT

_____/

### GOVERNMENT'S RESPONSE TO STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order entered in this case. This response is numbered to correspond to that order.

A.1  Written statements of the defendant are attached.

A.2 The government is unaware of any statements of the defendant in response to interrogation by a known government agent.

A.3 No defendant testified before the grand jury.

A.4  On July 25, 1993, the St. Lucie County Sheriff's Office arrested the defendant for aggravated assault. On August 16, 1993, the State Attorney's Office filed a "No Information" concerning this charge, in case number 93-1682-CF (Geiger).

On September 7, 1994, the defendant was arrested for battery. On October 27, 1994, the State Attorney's Office filed a "No Information" concerning this charge, in case number 94-1963-MM.

A.5  Copies of books, papers, etc. that the government intends to use as evidence during its case in chief, or which were obtained from the defendant, can be inspected by arranging an appointment with the undersigned prosecutor, who may be reached at (305) 961-9234. While copies of some materials are attached hereto, they do not represent all materials available for inspection, and counsel should therefore contact the undersigned to schedule a complete inspection. Documents have been reproduced to the best extent possible, and complete legibility of copies is not guaranteed.

A.6  No contraband was seized in connection with this case. No physical or mental examinations have occurred, and no scientific tests or experiments have been made in connection with this case.

B.    The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order.  This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.    The government is unaware of any information or material which may be favorable on the issues of guilt or punishment within the scope of <u>Brady</u> or <u>Agurs</u> other than any information already disclosed herein.

D. & E.  The United States is unaware of any witness within the scope of these paragraphs.

F.    No line-ups, show-ups, or similar identification procedures were used during this case.

G.    The government has advised its agents and officers involved in this case to preserve all rough notes.

H.    The government will advise the defendants prior to trial of its intent, if any, to introduce evidence pursuant to F.R.E. 404(b). Counsel are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any prior or future discovery response, may be introduced in the trial of this cause pursuant to F.R.E. 404(b) or otherwise.

I. The defendant is not aggrieved persons as defined in Title 18, United States Code, Section 2510(11), of electronic surveillance.

J. The government has ordered transcribed the grand jury testimony of all witnesses who will testify for the government at the trial of this cause.

K. No contraband was seized in connection with this case.

L. The United States is not in possession of any vehicles involved in this case.

M. The government is not currently aware of any latent fingerprints or palm prints which have been identified by a government expert as those of a defendant.

N. Upon request of any defendant, the United States will make disclosure regarding expert testimony, if applicable.

O. Counsel may contact the undersigned to confer regarding stipulations.

P. Upon scheduling and conclusion of the discovery conference referenced in paragraph A.5 above, the undersigned is available to collaborate regarding a statement describing discovery material exchanged.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of

Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to ensure a fair trial.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
KAREN E. ROCHLIN
ASSISTANT U.S. ATTORNEY
99 N.E. 4th Street
Miami, Florida  33132
(305) 961-9234
(305) 536-4675 (fax)
Court I.D. No. A5500050

4

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by mail this _26th_ day of July, 2004 on Martin J. Bidwell, AFPD, 400 Australian Avenue, Suite 300, West Palm Beach, Florida 33401.

KAREN E. ROCHLIN

5

Case 2:04-cr-14047-DMM   Document 15   Entered on FLSD Docket 07/28/2004   Page 6 of 23

KNIGHT, ELIZABETH B.                    Please print using a black ballpoint pen REG FEB 9, [illegible]      Official Use Only

Are you a U.S. citizen?  ☒ Yes  ☐ No       I affirm I am not a convicted felon,       I affirm I have not been adjudicated mentally
If NO, you cannot register to vote.        ☒ or if I am, my rights relating to          ☒ incapacitated with respect to voting, or if     218989
                                              voting have been restored                     have, my competency has been restored

Check Boxes        ☒ New          ☐ Address      ☐ Party       ☐ Name       ☐ Replacement       Date of Birth (Month/Day/Year)
that apply:          Registration    Change        Change        Change                               2-[illegible]/35

Last Name  Knight    | Suffix (circle)        | First Name  Elizabeth    | Middle Name/Initial  B.   | Sex (circle)  M ☒F
                       Jr. Sr. II III IV

Address Where You Live (legal residence) DO NOT GIVE P.O. BOX.  | Apt/Lot/Unit | City/Town/Village  Stuart Fla  | Zip Code  34994
747 Martin Luther King Blvd, Stuart Fla

Address Where You Get Your Mail (if different from # 8)  | City | Zip Code | 10 | County Where You Live (legal residence)
None                                                                           A523-222-52-562-0

Address of property for which you have been granted homestead exemption      | City | Zip Code

Last 4 digits SSN  8634  12  | Race/Ethnicity (see instructions)  14 | Daytime Phone Number  561-773-7067  15 | FL Driver License/ID Card number

Party Affiliation - check one box only                                      I do solemnly swear (or affirm) that
                                                                            I protect and defend the Constitution of the United States and the Con-
☐ Democratic Party      ☐ Other         | CANCELLED                          stitution of the State of Florida
                                                                            qualified to register as an elector under the Constitution and laws of
☐ Republican Party      ☒ Ind           PER  Elector                         the State of Florida
                                                                            a U.S. citizen
Former Name If Making A Name Change     REASON  Requested Removal            a legal resident of Florida
                                                                            information on this form is true. I understand that if it is not true, I can
                                        BY/DATE (CS)  4-9-02                  convicted of a felony of the third degree and fined up to $5,000 and/or
Your New Legal Residence Address No.                                         sentenced for up to five years.
(if applicable)
                                                                            SIGNATURE  Sign or mark on line in box below. (Invalid without signature)
Name

Address                                                                      Elizabeth B. Knight

              Flagler

              County       State       Zip Code

Do You Need Assistance to Vote?   ☐ Yes  ☒ No

Fold on dotted center line, peel off tape, seal and mail.

MARTIN COUNTY RECORDS INDICATE THIS PERSON VOTED IN THE GENERAL ELECTION - NOVEMBER 2000

Register by mail

Case 2:04-cr-14047-DMM   Document 15   Entered on FLSD Docket 07/28/2004   Page 7 of 23

000402

Revised 7/99 **KNIGHT, ELIZABETH B**    **Please print using a black ballpoint per** **REG FEB 9, 2000** *CC*    **Official Use Only**

**B** 1 | Are you a U.S. citizen? ☑ Yes ☐ No
If NO, you cannot register to vote.

2 | ☑ I affirm I am not a convicted felon, or if I am, my rights relating to voting have been restored.

3 | ☑ I affirm I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my competency has been restored.

**218989**

4 | Check boxes that apply: ☑ New Registration  ☐ Address Change  ☐ Party Change  ☐ Name Change  ☐ Replacement | Date of Birth (Month /day/year) 2 /22/52

6 | Last Name *Knight*   Suffix (circle) Jr. Sr. II III IV   First Name *Elizabeth*   Middle Name/Initial *B.*   7 | Sex (circle) M Ⓕ

8 | Address Where You Live (legal residence). DO NOT GIVE P.O. BOX. *747 Martin Luther King Blvd, Stuart Fla*   Apt./Lot/Unit   City/Town/Village *Stuart Fla*   Zip Code *34994*

9 | Address Where You Get Your Mail *non*

**CANCELLED**

Zip Code   10 | County Where You Live (legal residence) *H523-222-52-562-0*

11 | Address of property for which y[...]

City | Zip Code

12 | Last 4 digits - SSN *8634*

**PER** *Elector*

ne Phone Number *61-283-5067*   15 | Fl. Driver License/Fl. ID Card number

**REASON** *Requested Removal*

ath: I do solemnly swear (or affirm) that:

16 | Party Affiliation -- check one box
☐ Democratic Party     [
☐ Republican Party     *R*

**BY/DATE** *CCS   4-9-02*

I will protect and defend the Constitution of the United States and the Constitution of the State of Florida.
I am qualified to register as an elector under the Constitution and laws of the State of Florida.
I am a U.S. citizen.
I am a legal resident of Florida.
All information on this form is true. I understand that if it is not true, I can be convicted of a felony of the third degree and fined up to $5,000 and/or imprisoned for up to five years.

17 | Former Name If Making A Name Change

18 | Your Name and Residence Address Where You Were Previously Registered (if applicable)
Name
Address
City   County   State   Zip Code

20 | **SIGNATURE** - Sign or mark on line in box below. (Invalid without signature)

*Elizabeth B. Knight*

19 | Do You Need Assistance to Vote?   ☐ Yes ☑ No

**Fold on dotted center line, peel off tape, seal and mail.**

## START HERE - Please Type or Print

## Part 1. Information about you.

| | | |
|---|---|---|
| Family Name **KNIGHT,** | Given Name **Elizabeth** | Middle Initial |

**U.S. Mailing Address** - Care of:

3400 Avenue M

| Street Number and Name (Residing address not mailing address) 747 Martin Luther King Blvd., Stuart, Florida | Apt. # |
|---|---|
| City **Fort Pierce,** | County **Saint Lucie,** |
| State **Florida** | Zip Code **34947** |

| Date of Birth (month/day/year) **02/22/1952** | Country of Birth **Bahamas** |
|---|---|
| Social Security # **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** | A # **090421377** |

## Part 2. Basis for Eligibility   (check one).

a. ☒ I have been a permanent resident for at least five (5) years.

b. ☐ I have been a permanent resident for at least three (3) years and have been married to a United States Citizen for those three years.

c. ☐ I am a permanent resident child of United States citizen parent(s).

d. ☐ I am applying on the basis of qualifying military service in the Armed Forces of the U.S. and have attached completed forms N-426 and G-325B

e. ☐ Other. (Please specify section of law) _____

## Part 3. Additional Information about you.

| Date you became a permanent resident (month/day/year) **04/19/90** | Port admitted with an immigrant visa or INS Office where granted adjustment of status. **MIA** |
|---|---|

Citizenship **Bahamian**

Name on alien registration card (if different than in Part 1) **GREEN, ELIZABETH**

Other names used since you became a permanent resident (including maiden name) **None**

| Sex ☐ Male ☒ Female | Height 5.05 | Marital Status ☐ Single ☒ Married | ☐ Divorced ☐ Widowed |
|---|---|---|---|

Can you speak, read and write English?   ☐ No ☒ Yes

**Absences from the U.S.**

Have you been absent from the U.S. since becoming a permanent resident?   ☐ No ☒ Yes

If you answered "Yes", complete the following. Begin with your most recent absence. If you need more room to explain the reason for an absence or to list more trips, continue on separate paper.

| Date left U.S. | Date returned | Did absence last 6 months or more? | Destination | Reason for trip |
|---|---|---|---|---|
| 03/16/97 | 03/22/97 | ☐ Yes ☒ No | Bahamas | Mother's funeral |
| 01/09/97 | 01/12/97 | ☐ Yes ☒ No | Bahamas | Mother was ill |
| 10/15/92 | 10/19/92 | ☐ Yes ☒ No | Bahamas | Mother was ill |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |

Form N-400 (Rev. 07/17/91)N                  *Continued on back.*

### FOR INS USE ONLY

| Returned | Receipt |
|---|---|
| | |
| Resubmitted | |
| Reloc Sent | |
| Reloc Rec'd | |

3/16/00  SSC*000223064

SSC$000218115

☐ Applicant Interviewed

**At Interview**

☐ request naturalization ceremony at court

**Remarks**

Voter registration card has been kept by Service   12/14/00

**Action**

**To be completed by Attorney or Representative, if any**

☐ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

## Part 4. Information about your residences and employment.

A. List your addresses during the last five (5) years or since you became a permanent resident, whichever is less. Begin with your current address. If you need more space, continue on separate paper:

| Street Number and Name, City, State, Country, and Zip Code | | | | | Dates (month/day/) | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | From | |
| 747 Martin Luther King Blvd. | Stuart, | Florida | U.S. | 34994 | 03/98 | P |
| 2868 Amherst Street, | Stuart, | Florida | U.S. | | 09/97 | 0 |
| 2443 S.E. Richmond Street, | Port Saint Lucie, Florida | | U.S. | | 10/94 | 09 |

B. List your employers during the last five (5) years. List your present or most recent employer first. If none, write "None". If you need more space, co on separate paper:

| Employer's Name | Employer's Address | Dates Employed (month/day/year) | | Occupation/position |
| --- | --- | --- | --- | --- |
| | Street Number and Name, City, State, Country, Zip Code | From | To | |
| sently unemployment | | 03/92 | Present | Housewife |
| | | 1/97 | Present | |
| | | 3/92 | 1/97 | Housewife |
| | | | | |

## Part 5. Information about your marital history.

Total number of times you have been married  2 . If you are now married complete the following regarding your husband or wife.

| Family name | Given name | Middle initial |
| --- | --- | --- |
| KNIGHT, | Dewitt | |

Address   747 Martin Luther King Blvd.,   Stuart, Florida 34994

| Date of birth (month/day/year) | Country of birth | Citizenship |
| --- | --- | --- |
| 12/20/63 | U.S. | American |

| Social Security # | A# (if applicable) | Immigration Status (If not U.S. citizen) |
| --- | --- | --- |
| 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 | N/A | N/A |

Naturalization (if applicable)   N/A
(month/day/year)                           Place      (City, State)

If you have ever previously been married or if your current spouse has been previously married, please provide the following on separate paper: Name of prior spouse, date of marriage, date marriage ended, how marriage ended, and immigration status of prior spouse.

## Part 6. Information about your children.

B. Total number of Children  4 . Complete the following for each of your children. If the child lives with you, state "with me" in the address column; otherwise give the city/state/country of the child's current residence. If deceased, write "deceased" in the address column. If you need more space, continue on separate paper.

| Full name of child | Date of birth | Country of birth | Citizenship | A - Number | Address |
| --- | --- | --- | --- | --- | --- |
| Detree Green | 07/23/75 | Bahamas | Bahamian | 090421378 | Port Saint Lucie, Florida |
| Kenrick Green | 03/20/77 | Bahamas | Bahamian | Unknow | Unknown |
| Kevin Green | 07/03/80 | U.S. | American | N/A | Port Saint Lucie, Florida |
| Calvin Green | 06/05/82 | U.S. | American | N/A | "With me" |
| | | | | | |
| | | | | | |
| | | | | | |

Form N-400 (Rev. 07/17/91)N                           *Continued on next page*

*Continued on back*

## Part 7.  Additional eligibility factors.

Please answer each of the following questions.  If your answer is "Yes", explain on a separate paper.

1. Are you now or have you ever been a member of, or in any way connected or associated with the Communist Party, or ever knowingly aided or supported the communist party directly, or indirectly through another organization, group or person, or ever advocated, taught, believed in, or knowingly supported or furthered the interests of communism? ☐ Yes ☒ No

2. During the period March 23, 1933 to May 8, 1945, did you serve in, or were you in any way affiliated with, either directly or indirectly, any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, citizen unit of the Nazi party of SS, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, detention camp or transit camp, under the control or affiliated with:
   a. The Nazi Government of Germany ☐ Yes ☒ No
   b. Any government in any area occupied by, allied with, or established with the assistance or cooperation of, the Nazi Government of Germany? ☐ Yes ☒ No

3. Have you at any time, anywhere, ever ordered, incited, assisted, or otherwise participated in the persecution of any person because of race, religion, national origin, or political opinion? ☐ Yes ☒ No

4. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces ☐ Yes ☒ No

5. Have you ever failed to comply with Selective Service laws? ☐ Yes ☒ No
   If you have registered under Selective Service laws, complete the following information:
   Selective Service Number: _____  Date Registered: _____
   If you registered before 1978, also provide the following:
   Local Board Number: _____  Classification: _____

6. Did you ever apply for exemption from military service because of alienage, conscientious objections, or other reasons? ☐ Yes ☒ No

7. Have you ever deserted from the military, air or naval forces of the United States? ☐ Yes ☒ No

8. Since becoming a permanent resident, have you ever failed to file a federal income tax return? ☐ Yes ☒ No

9. Since becoming a permanent resident, have you filed an income tax return as a nonresident or failed to file a federal return because you considered yourself to be a nonresident? ☐ Yes ☒ No

10. Are deportation proceedings pending against you, or have you ever been deported, or ordered deported, or have you ever applied for suspension of deportation? ☐ Yes ☒ No

11. Have you ever claimed in writing, or in any way, to be a United States citizen? ☐ Yes ☒ No

12. Have you ever:   HAVE YOU EVER REGISTERED TO VOTE IN THE US ?   *YES*
    HAVE YOU EVER VOTED IN THE US ? _____ *YES*
    a. been a habitual drunkard? ☐ Yes ☒ No
    b. advocated or practiced polygamy? ☐ Yes ☒ No
    c. been a prostitute or procured anyone for prostitution? ☐ Yes ☒ No
    d. knowingly and for gain helped any alien to enter the U.S. illegally? ☐ Yes ☒ No
    e. been an illicit trafficker in narcotic drugs or marijuana? ☐ Yes ☒ No
    f. received income from illegal gambling? ☐ Yes ☒ No
    g. given false testimony for the purpose of obtaining any immigration benefit? ☐ Yes ☒ No

13. Have you ever been declared legally incompetent or have you ever been confined as a patient in a mental institution? ☐ Yes ☒ No

14. Were you born with, or have you acquired in some way, any title or order of nobility in any foreign State? ☐ Yes ☒ No

15. Have you ever:
    a. knowingly committed any crime for which you have not been arrested? ☐ Yes ☒ No
    b. been arrested, cited, charged, indicted, convicted, fined, or imprisoned for breaking or violating any law or ordinance excluding traffic regulations? ☒ Yes ☐ No

(If you answer yes to 15, in your explanation give the following information for each incident or occurrence: the city, state, and country, where the offense took place, the date and nature of the offense, and the outcome or disposition of the case).   (See Attachment)

## Part 8.  Allegiance to the U.S.

If your answer to any of the following questions is "NO", attach a full explanation:
1. Do you believe in the Constitution and form of government of the U.S.? ☒ Yes ☐ No
2. Are you willing to take the full Oath of Allegiance to the U.S. (see instructions) ☒ Yes ☐ No
3. If the law requires it, are you willing to bear arms on behalf of the U.S.? ☒ Yes ☐ No
4. If the law requires it, are you willing to perform noncombatant services in the Armed Forces of the U.S.? ☒ Yes ☐ No
5. If the law requires it, are you willing to perform work of national importance under civilian direction? ☒ Yes ☐ No

Form N-400 (Rev. 07/17/91)N                    *Continued on back*

Department of Justice
Immigration and Naturalization Service

**Certificate Preparation Sheet And Oath Declaration**

| | | | |
|---|---|---|---|
| **A #** | A 090 421 377 | **Daytime Phone #** | (561) 429-2397 |

**NAME** (If name Change, **ENTER** new Name):   Check **BOX** if there is a change of name: ——→ [ ]

ELIZABETH

(FIRST)

BAIN

(MIDDLE)

KNIGHT

(LAST)

Date of birth:   02/22/1952

Month/Day/Complete Year

(Check Sex)   MALE: [ ]   FEMALE: [X]

Height: 5 (Feet) 5 (Inches)

Marital Status; Enter "S" Single, "M" Married, "D" Divorced, or "W" Widow(er): ——→ [M]

Country of Former Nationality: Bahamas

(Enter Actual name of Country)

## Oath of Allegiance

I HEREBY DECLARE, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty of whom or which I have heretofore been a subject or citizen; that I will support and defend the Constitution and the laws of the United States of America against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I will bear arms on behalf of the United States when required by the law; that I will perform noncombatant service in the Armed Forces of the United States when required by the law; that I will perform work of national importance under civilian direction when required by the law; and that I take this obligation freely without any mental reservation or purpose of evasion; SO HELP ME GOD.

In acknowledgment whereof I have hereunto affixed my signature.

_Elizabeth Bain Knight_ _____   _1/12/14 00_ _____

Applicant's Signature (name change)   Date

Form N-649 (Rev. 11/1/98)

MARTIN COUNTY                          STATE OF FLORIDA

CERTIFICATE OF VOTER REGISTRATION

It is herein certified that according to the records on file in the Martin
County Supervisor of Elections office __ELIZABETH B KNIGHT_____

_____

was properly registered on ___FEBRUARY 9, 2000_____

and the following information is recorded:

    Voter Registration Number __218989_____

    Birthdate ____FEBRUARY 22, 1952_____

    Current Address on File ___747 SE MARTIN LUTHER KING, JR, BLVD

                 __STUART FL 34994_____

Witness my hand and official seal at Martin County, Florida this

__FOURTH_____ day of ____APRIL_____, __2002__

PEGGY S. ROBBINS
Supervisor of Elections

Official Seal                          OR

*Brenda Mills*

EXHIBIT_____

Voting Record

Exhibit Identification Form C144 ...

CPO 053-459

## ELECTOR'S REQUEST FOR DISQUALIFICATION

### (To remove name from Registration Records)

### (98.045(1)F.S.)

SUPERVISOR OF ELECTIONS

COUNTY OF MARTIN

STATE OF FLORIDA

Pursuant to the laws of the State of Florida, I, ___ELIZABETH B KNIGHT___,

an elector registered in Precinct __4C__, in the County of Martin, in the State of

Florida, do hereby request that my name be removed from the Registration Books

of said Municipality, County and State.

_____
Signature of Voter

__4-9-02__
Date

_____
Deputy Supervisor of Elections

## VOTERS SUPPLEMENT

**Name:** ELIZABETH KNIGHT   A 090421377

**Please answer the following questions if you have ever registered to vote or voted for an election within the United States.**

1. How old were you when you became a permanent resident of the United States?   35 yrs old

2. If you became a permanent resident while under the age of 16, are your parents United States citizens.  If so, please explain.   NO

3. If you are married, what is the nationality of your spouse?  If your spouse is a United States citizen, please explain.   UNITED STATES CITIZEN   HE WAS BORN IN FORT PIERCE FLORIDA.

4. On what date(s) did you register to vote?

   FEBRUARY 9, 2000

5. Where did you register to vote (include city, county, and state)?  If more than once, please specify.

   MARTIN COUNTY FLORIDA

6. Have you ever voted in an election in the United States.  If so please provide the date, location of the election (city, county & state) and type of election held (federal, state or local) for each.

| DATE OF ELECTION | LOCATION | TYPE OF ELECTION |
|---|---|---|
| 1. Nov. 27 2000 | MARTIN County | FEDERAL |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

7. How did you obtain the voter's registration application? *Court Clerk Send Application Through The Mail To My Resident.*

8. Did you apply in person or through the mail? *Apply Through The Mail.*

9. Why did you register to vote, or register and vote in an election within the United States when you were not a citizen? *Called Clerk Office In Martin County And They Told Me Because My Husband Was A Citizen That I Could Vote In The U.S. They Did Not Tell Me That I Have To Be A Citizen Also. For That Reason I Am Sorry. Everything Was A Misunderstanding*

10. Did you know that it was unlawful for you to apply for a voter's registration card and to vote? *No*

11. When did you first become aware that you were not qualified to register or vote in the United States? _WHEN I WENT FOR MY APPOINTMENT TO OBTAIN UNITED STATES CITIZENSHIP IN MIAMI THEY INFORM ME THEN._

12. If you registered and voted because you believed that you were a citizen of the United States, please explain. _I VOTED BECAUSE MY HUSBAND DID AND THOUGHT THAT I COULD DO THE SAME. THE CLERK OFFICE TELL ME I COULD DO SO._

13. If you registered and voted because you believed that you were a citizen of the United States, why have you applied for naturalization? _AT THE TIME I APPLY FOR NATURALIZATION I KNEW THAT I WAS NOT A CITIZEN, BUT AFTER MARRIED MY UNITED STATES CITIZEN SPOUSE I THOUGHT THAT MAKES ME A CITIZEN ALSO. THE CLERK OFFICE IN MARTIN COUNTY HAD ME AWARE THAT I COULD VOTE ALSO._

14. If you registered or voted because you believed you were a citizen, when and how did you become aware that you were not in fact a citizen? _WHEN I WENT FOR MY APPOINTMENT TO OBTAIN UNITED STATES CITIZENSHIP THEY MADE ME AWARE OF THE FACT._

15. Have you ever use the voter's registration card as proof of identification including proof of county residence to apply for a real estate homestead exemption? _NO_

16. Have you ever claimed in writing or in any other way to be a citizen of the United States, please explain. NC

17. Have you ever represented yourself as a United States citizen for the purpose of obtaining an Immigration benefit or any other federal, state or local government benefit. If yes, please explain. NC

18. Have you ever used the voter's registration card as proof of citizenship? If so, please explain. NC

19. Have you ever been called for jury duty? If so, please, explain. NC

X _Elizabeth B Knight_          _4.10.02_
       **SIGNATURE**                    **DATE**

**Name:** Elizabeth Bain Knight **A No.** 90 421 377

*You will receive another appointment in the mail to discuss your voter's registration/ voting actions within the United States.*

**Only citizens of the United States are qualified to register to vote or vote in elections in the United States.  While you are an applicant for naturalization, you are not entitled to vote.**

_____       _____
             **Signature**                              **Date**

# Voters Supplement

**Name:** Elizabeth Bain Knight A 9C 421 377

Q. Have you ever registered to vote in the U.S.? ☒ **YES** ☐ **NO** **(If more than one time, furnish information for each time).**

    A. When **(date)** & Where? **(City, County, State)**

    February 9, 2000 in Stuart, FL - Martin County

Q. Have you ever voted in an election in the U.S.? .? ☒ **YES** ☐ **NO** **(If more than one time, furnish information for each time).**

    A. When **(date)** & where? **(City, County, State)** & what type of election was it? **(local, state, federal)**

    November, 2000 in Stuart, FL - Martin County for Federal / state Election.

Q. Why did you register or vote in an election in the U.S.? **(If you have ever believed that you were a citizen of the U.S., please provide full explanation.)**

I knew that I wasn't a United States citizen. I thought I had the right to vote after I married an American citizen

Q. At what age did you become a permanent resident of the U.S? 38

Q. If you became a permanent resident while under the age of 16, what is the citizenship of your mother: N/A & father: N/A.

_Elizabeth Bain Knight_
**SIGNATURE**

2/15/2001
**DATE**

SWORN TO & SUBSCRIBED BEFORE ME THIS 15 DAY OF February/20 01

_Kathleen Lidky_
**OFFICER**

Supplement No. _____

PERMANENT REGISTRATION IDENTIFICATION CARD

218989
N P
O F

ELIZABETH B KNIGHT
747 SE M L KING, JR BLVD
STUART FLORIDA

02/09/00   02/22/52

4C

X _Elizabeth B. Knight_ SUPERVISOR OF ELECTIONS
SIGNATURE OF MARTIN COUNTY OFFICER

# AFFIDAVIT

A_____

I, _____, being first duly sworn,

do hereby state under oath, that:

I Elizabell Knight vote This year received 2000 for MR. AL GORE, THIS was my first time voting in THE USA

I Elizabell Knight didn't aware of I didn't suppose to vote before Getting my Citizenship

_Elizabeth Bain Knight_
_Elizabeth B. Knight_
(SIGNATURE)

SWORN TO & SUBSCRIBED BEFORE ME THIS _____ DAY OF _____ 19\_\_\_\_

_____
(NATURALIZATION EXAMINER)

**Addendum for Form N-400   .    JHT, Elizabeth  Date: February 28,     J**

Addendum to N-400 Part 5, Information about marital history
Serid Green, Married 09/14/81, marriage ended 11/04/98, divorced, he was a permanent resident.

---

| DATE & PLACE OF OFFENSE | NATURE OF OFFENSES-CHARGES | DISPOSITION OR OUTCOME | SENTENCE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

SUPPLEMENT NO. _____

_Elizabeth Buchanan Knight_
**SIGNATURE**                                                    **DATE**