UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-14047-CR-MIDDLEBROOKS/LYNCH

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ELIZABETH BAIN KNIGHT,

Defendant.

_____/

## DEMAND FOR DISCLOSURE OF EXPERT WITNESS SUMMARIES

The defendant ELIZABETH BAIN KNIGHT, through undersigned counsel, demands

disclosure under Fed.R.Crim.P. 16(a)(1)(G) of expert testimony the government intends to introduce

at trial during its case-in-chief. As to each potential expert witness, the government should disclose

the name of the expert witness, the witness' qualifications, present employment, a summary of the

witness' opinion, and the bases and reasons for the opinion. This request includes any intended use

of a law enforcement officer as an expert witness.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
400 Australian Ave., N., Ste. 300
West Palm Beach, FL 33401
Telephone: (561) 833-6288/833-0368(fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the aforementioned motion was mailed on this 5TH day of August, 2004, to Assistant United States Attorney Mark D. Johnson, 505 South Second Street, Suite 200, Fort Pierce, FL 34950; Karen E. Rochlin, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132.

Martin J. Bidwill