UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-14047-CR-MIDDLEBROOKS/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ELIZABETH KNIGHT,

    Defendant.

_____/

## DEFENDANT'S UNOPPOSED MOTION TO CANCEL STATUS CONFERENCE

COMES NOW the defendant, Elizabeth Knight, by and through undersigned counsel, and files this motion, and states:

1.    The defendant is charged by indictment with voting fraud.

2.    The undersigned has received a response to the standing discovery order from the government. Consequently, there are no outstanding discovery issues.

3.    There are no pending motions.

4.    The case is set for a change of plea on August 19, 2004, before Judge Middlebrooks.

5.    Based on the foregoing, the undersigned respectfully suggests that there is no need for the status conference currently scheduled before Magistrate Judge Lynch for August 18, 2004, and asks the Court to cancel the hearing.

6.    Undersigned counsel has discussed this motion with AUSA Karen Rochlin, and she has advised that the government has no objection to the Court granting the motion.

WHEREFORE the defendant respectfully requests that this Court grant this motion and cancel the status conference set for August 18, 2004.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:

Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
400 Australian Ave., N., Ste. 300
West Palm Beach, FL 33401
Telephone: (561) 833-6288
Fax: (561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the aforementioned motion was mailed on this 12th day of August, 2004, to Assistant United States Attorney Karen Rochlin, 99 N.E. 4th Street, 8th Floor, Miami, Florida 33132.

Martin J. Bidwill

2