UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

04-14047-CR-MIDDLEBROOKS/LYNCH

FILED by _____

AUG 19 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

ELIZABETH BAIN KNIGHT,

      Defendant.

_____/

## SENTENCING MEMORANDUM

COMES NOW the defendant, Elizabeth Bain Knight, through her undersigned counsel, and respectfully submits her Sentencing Memorandum. On August 19, 2004, the defendant will plead guilty to count 2 of the indictment. Count 2 charges a misdemeanor offense. Under the circumstances of the case, the defendant will ask the Court to waive the pre-sentence investigation and proceed to sentencing. In the event the Court grants the defendant's request, the defendant will summarize herein various factors pertinent to sentencing.

### SENTENCING FACTORS

**A. Statutory Penalties**: The defendant will plead guilty to violating 18 U.S.C. § 611, which criminalizes an alien voting in a federal election. Pursuant to 18 U.S.C. § 611(b), anyone who violates § 611(a) "shall be fined under this title, imprisoned not more than 1 year, or both." Under 18 U.S.C. § 3559, therefore, the offense is a class A misdemeanor. Pursuant to 18 U.S.C. § 3583, the Court may impose a term of supervised release of up to 1 year for a Class A misdemeanor. Pursuant to 18 U.S.C. § 3571(b)(3), the Court may fine the defendant up to $100,000. The Court

1



shall impose a special assessment of $25. 18 U.S.C. § 3013. The defendant is eligible for probation. There is no minimum term of probation required for a misdemeanor, and the maximum term of probation available is 5 years.  18 U.S.C. § 3561.

**B. Guideline Applications**: Pursuant to Appendix A of the United States Sentencing Guidelines, the appropriate guideline is § 2H2.1, pursuant to the 2003 Guideline Manual.  Pursuant to § 2H2.1(a)(3), the starting base offense level is 6. Reducing the defendant's offense level by two levels based on her acceptance of responsibility, the Total Offense Level would be 4. Based on the government's Response to The Standing Discovery order, the defendant has two prior arrests, neither of which resulted in conviction.  Accordingly, her criminal history category is I.  A Total Offense Level of 4 and a Criminal History Category of I produces a guideline range of 0-6 months imprisonment, and this range is in Zone A of the Sentencing Table.

A term of supervised release is not required if the Court imposes a term of imprisonment because any term of imprisonment would not exceed one year.  U.S.S.G. § 5D1.1. The Guideline Range for a term of supervised release is one year. U.S.S.G. § 5D1.2.  The Fine Range is $250 to $5,000. U.S.S.G. § 5E1.2.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
400 Australian Avenue, #300
West Palm Beach, FL 33401
(561) 833-6288/833-0368(fax)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was faxed on this 18th day

of August, 2004, to Karen Rochlin, Assistant United States Attorney, 99 N.E. 4th Street, 8th Floor,

Miami, Florida 33132.

Martin J. Bidwill