UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

04-14047-CR-MIDDLEBROOKS/LYNCH

UNITED STATES OF AMERICA,

Plaintiff,

v.

ELIZABETH BAIN KNIGHT,

Defendant.

_____/

## DEFENDANT'S UNOPPOSED MOTION TO AMEND JUDGMENT

COMES NOW the defendant, Elizabeth Bain Knight, through her undersigned counsel, and respectfully submits her Unopposed Motion To Amend Judgment, and states as follows:

1.     On August 19, 2004, the defendant pled guilty to count 2 of the indictment, which count charged a violation of 18 U.S.C. § 611. Specifically count 2 of the indictment charged as follows:

> On or about November 7, 2000, in Martin County, in the Southern District of Florida, the defendant, ELIZABETH BAIN KNIGHT, an alien, fully knowing she was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for federal office.

2.     The Court proceeded to adjudicate and sentence the defendant the same day.

3.     On August 20, 2004, this Court entered the judgment in this case in which it described the offense as "**Election Fraud**/Non-U.S. citizen voting for candidate for federal office." Respectfully, the defendant objects to the conclusion that the offense of conviction is properly described as "Election fraud," and asks the Court to amend the judgment to eliminate the term

1



"election fraud" from the description of the offense of conviction. As fraudulent action or intent is not charged as an element of the offense, it is inaccurate to describe the offense of conviction as "election fraud." Indeed, the statute Ms. Knight is convicted of violating does not even include the word fraud, and the title of the provision is "Voting By Aliens." Significantly, the inaccurate label of "election fraud" may carry with it some negative connotation in any subsequent immigration proceeding.

4. Federal Rule of Criminal Procedure 36 gives the Court the authority to amend the judgment as requested.

5. The undersigned has discussed this motion with Assistant United States Attorney Karen Rochlin who advises that the government has no objection to the Court amending the judgment and removing the term "election fraud" from the nature of offense portion of the judgment.

WHEREFORE the defendant prays that the Court grant this motion and enter an amended judgment without describing the offense of conviction as "election fraud."

Respectfully submitted,
KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:

Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
400 Australian Avenue, #300
West Palm Beach, FL 33401
(561) 833-6288/833-0368(fax)

2

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the aforementioned motion was mailed on this <u>26th</u>

day of August, 2004, to Karen Rochlin, Assistant United States Attorney, 99 N.E. 4th Street, 8th

Floor, Miami, Florida 33132.

Martin J. Bidwill