USDC FLSD 245B (Rev 12/03) - Judgment in a Criminal Case

DEFENDANT: ELIZABETH BAIN KNIGHT
CASE NUMBER: 04-14047-CR-Middlebrooks

## PROBATION

The defendant is hereby sentenced to probation for a term of **3 months as to Count 2.**

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;

2. The defendant **shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;**

3. The defendant **shall answer truthfully all inquiries** by the probation officer and follow the instructions of the probation officer;

4. The defendant **shall support his or her dependents** and meet other family responsibilities;

5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6. The defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;

7. The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9. The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11. The defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement

**"No Further Action Required
by United States Marshal"**

USDC FLSD 245B (Rev 12/93) - Judgment in a Criminal Case

DEFENDANT: ELIZABETH BAIN KNIGHT
CASE NUMBER: 04-14047-CR-Middlebrooks

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $25.00 | $250.00 | $ |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994, but before April 23, 1996

USDC FLSD 245B (Rev  12/03) - Judgment in a Criminal Case

DEFENDANT: ELIZABETH BAIN KNIGHT
CASE NUMBER: 04-14047-CR-Middlebrooks

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

    A.  Lump sum payment of **$275.00** due immediately.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

**The assessment/fine/restitution is payable to the U.S. COURTS and is to be addressed to:**

    **U.S. CLERK'S OFFICE**
    **ATTN: FINANCIAL SECTION**
    **301 N. MIAMI AVENUE, ROOM 150**
    **MIAMI, FLORIDA 33128**

**The assessment/fine/restitution is payable immediately.  The U.S. Bureau of Prisons, U.S. Probation Office and the U.S. Attorney's Office are responsible for the enforcement of this order.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

USDC FLSD 245B (Rev. 12/03) - Judgment in a Criminal Case

RECEIVED
UNITED STATES MARSHAL

2004 AUG 23  AM 11: 18

SOUTHERN DISTRICT OF
FLORIDA
W. PALM BCH. OFF.

FILED by ___ D.C.

AUG 20 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# United States District Court
## Southern District of Florida
### WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA

v.

**ELIZABETH BAIN KNIGHT**

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 04-14047-CR-Middlebrooks

USM Number: ~~not assigned~~ 74007004

Counsel For Defendant  Martin J. Bidwill, SAFPD
Counsel For The United States  Karen Rochlin
Court Reporter  Roger Watford

The defendant pleaded guilty to Count 2 of the Indictment.
The defendant is adjudicated guilty of the following offense:

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | OFFENSE ENDED | COUNT |
|---|---|---|---|
| Title 18, U.S.C., Section 611 | Election Fraud/Non-U.S. citizen voting for candidate for federal office. | November 7, 2000 | 2 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

All remaining counts are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

Date of Imposition of Sentence
8-19-2004

DONALD M. MIDDLEBROOKS
United States District Judge

August 19, 2004

Certified to be a true and
correct copy of the ... at on ...
Clarence ...
U. S. ...
Sou...

___y _____ Deputy ...

Date   8/30/04